# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD AUBREY,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **5.** | : | **NO. 10-1604** |
| | : | |
| **CITY OF BETHLEHEM, FIRE** | : | |
| **DEPARTMENT** | : | |
| **Defendant** | : | |

## <u>O R D E R</u>

**AND NOW,** this   22nd   day of February, 2011, upon consideration of the

defendant's motion to dismiss (Document #7), the plaintiff's response thereto (Document

#10), the reply of the defendant (Document #14), the defendant's supplemental brief

(Document #19), and the plaintiff's response (Document #23), it is hereby ORDERED

that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.


BY THE COURT:


 /s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.